UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARY M. GILL, | ) |
| Plaintiff | ) |
| vs. | ) Civil Action No. 04-2430 |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant | ) |

### ORDER GRANTING COMMISSIONER'S MOTION TO HOLD BRIEFING SCHEDULE IN ABEYANCE

The Commissioner has respectfully requested this Court to hold the briefing schedule in abeyance until such time a ruling is made in the Commissioner's Petition for Rehearing filed in Combs. Should the Sixth Circuit deny the Commissioner's Petition for Rehearing, the Commissioner will have thirty (30) days from the date the Sixth Circuit denies the Petition within which to file a brief in this case.

SO ORDERED:

This the 6th day of May, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02430 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Anthony W. Bartels
BARTELS LAW FIRM
316 South Church
Jonesboro, AR 72401

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT